IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20626
Summary Calendar
_____

MARIA GRACIELA RAMIREZ,

Plaintiff-Appellant,

versus

THE STATE OF TEXAS;
JOHN STANLEY,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-97-CV-690
_____

February 26, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Maria Graciela Ramirez appeals the district court's order dismissing her civil action for failure to state a claim upon which relief may be granted. Ramirez has filed a motion to supplement the record on appeal. Because Ramirez does not state the relevance of the documents attached to her motion and because the documents would not affect the disposition of her appeal, Ramirez's motion to supplement the record is DENIED. Because Ramirez does not address

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court's reasons for dismissing her civil action, she has abandoned the only issue before this court.  See <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).  Ramirez's appeal is without arguable merit and is thus frivolous.  See <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5th Cir. R. 42.2.

Ramirez was previously warned in <u>Ramirez v. Woods</u>, No. 89-2976 (5th Cir. March 5, 1990) that she would be sanctioned if she raised any more frivolous arguments before this court.  Accordingly, we IMPOSE a sanction of $105.  Ramirez shall pay $105 to the clerk of the district court before she may file any appeal or petition in this court, except a direct appeal of a criminal conviction or sentence.  Until she pays the sanction in full, the clerk of this court shall return to Ramirez unfiled any appeal or petition, except a direct appeal of a criminal conviction or sentence.

APPEAL DISMISSED; SANCTIONS IMPOSED.